**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
---------------------------------------------------------X
 JOFFREY NAULA, *individually and on behalf of others similarly situated*,

                   *Plaintiff*,

   -against-

MADISON MARKET, LLC (D/B/A MADISON MARKET) and ROCCO LOSSA,

                  *Defendants.*
---------------------------------------------------------X

**20-cv-10093**

## JUDGMENT

On February 3, 2021 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff JOFFREY NAULA has judgment against Defendants MADISON MARKET, LLC (D/B/A MADISON MARKET), in the amount of $4,000, (Four Thousand Dollars) which is inclusive of attorneys' fees and costs.

Dated: February 9, 2021

                                        s/Katharine S. Hayden

                                      **HON. KATHERINE S. HAYDEN**